**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BERNARD MITCHELL,

    Plaintiff,

v.

REGIONAL TRUST SERVICES CORPORATION, ET AL.,

    Defendants.

No. C 12-CV-5547 JSW

**ORDER ADVANCING HEARING**

On December 12, 2012, Plaintiff a motion for leave to file a second amended complaint, and he noticed that motion for hearing on March 29, 2013. (Docket No. 35.) The Court HEREBY ADVANCES the hearing to March 8, 2013 at 9:00 a.m., so that the Court may hear th emotion in connection with the other pending motions in this case. **In light of the holidays, it is FURTHER ORDERED that Defendants' opposition shall be due on January 11, 2013, and Plaintiffs' reply shall be due on January 18, 2013.**

The Court HEREBY ADVISES the parties that it intends to address all pending matters on March 8, 2013, and therefore shall not look favorably on a request to continue this hearing date. If, however, it finds the motion suitable for disposition without oral argument, it shall notify the parties in advance of the hearing date.

**IT IS SO ORDERED.**

Dated: December 12, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE