United States District Court

For the Northern District of California

1

2

3

4

5

6          IN THE UNITED STATES DISTRICT COURT

7

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   BERNARD MITCHELL,                          No. C 12-CV-5547 JSW

10          Plaintiff,

                                               **ORDER ADVANCING HEARING**
11   v.

12   REGIONAL TRUST SERVICES
     CORPORATION, ET AL.,
13
            Defendants.
14
                                                            /
15

16          On December 12, 2012, Plaintiff a motion for leave to file a second amended complaint,

17   and he noticed that motion for hearing on March 29, 2013.  (Docket No. 35.)  The Court

18   HEREBY ADVANCES the hearing to March 8, 2013 at 9:00 a.m., so that the Court may hear

19   th emotion in connection with the other pending motions in this case.  **In light of the holidays,**

20   **it is FURTHER ORDERED that Defendants' opposition shall be due on January 11, 2013,**

21   **and Plaintiffs' reply shall be due on January 18, 2013.**

22          The Court HEREBY ADVISES the parties that it intends to address all pending matters

23   on March 8, 2013, and therefore shall not look favorably on a request to continue this hearing

24   date.  If, however, it finds the motion suitable for disposition without oral argument, it shall

25   notify the parties in advance of the hearing date.

26          **IT IS SO ORDERED.**

27   Dated: December 12, 2012

28                                             JEFFREY S. WHITE
                                               UNITED STATES DISTRICT JUDGE